DELIA DOLLENDORF, Appellant, *v.* CITY OF BUFFALO, Respondent.

Argued November 17, 1939; decided November 30, 1939.

*Daniel J. O' Neil* for appellant.

*David Diamond, Corporation Counsel (Bart J. Shanahan* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.